**FILED**

10:32 am Jun 12 2025

Clerk U.S. District Court
Northern District of Ohio
Cleveland

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **MELANIE HUGHES,** ) | **CASE NO. 1:25CV944** |
| ) | |
| Plaintiff, ) | **JUDGE DAN AARON POLSTER** |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| **JEFFERSON CAPITAL SYSTEMS, et al.,** ) | |
| ) | |
| Defendant. ) | |

The Court has been advised by counsel of record that the above-captioned case has been settled.  Accordingly, this case is dismissed with prejudice, each party to bear its own costs. Notice by the Clerk of Courts being hereby waived.

The Court retains jurisdiction to ensure that the settlement agreement is executed.

**IT IS SO ORDERED.**

_/s/ Dan Aaron Polster_  6/12/2025
**DAN AARON POLSTER**
**UNITED STATES DISTRICT JUDGE**